In the Matter of RICARDO RAMIREZ, Appellant, v ANETA SYGUTOWSKA, Respondent. [936 NYS2d 899]

The Family Court correctly determined that it lacked exclusive, continuing jurisdiction pursuant to Domestic Relations Law § 76-a (1), even though the father lived in New York, because the parties' child had not maintained a significant connection with New York, and substantial evidence was no longer available in New York concerning the child's "care, protection, training, and personal relationships" (Domestic Relations Law § 76-a [1] [a]; *see Matter of Gulyamova v Abdullaev*, 53 AD3d 489 [2008]; *Matter of Felicia McM. v Jerrold L.W.*, 51 AD3d 501 [2008]; *Matter of King v King*, 15 AD3d 999 [2005]; *cf. Vernon v Vernon*, 100 NY2d 960, 972 [2003]). Accordingly, the Family Court correctly granted the mother's motion to dismiss the petition for lack of jurisdiction. Skelos, J.P., Hall, Austin and Miller, JJ., concur.